JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GARY GENE GLAZIER, | No. CV 12-5692-JFW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, Secretary of California Department of Corrections and Rehabilitation, et al., | |
| Respondents. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 1, 2014

/s/ John F. Walter
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE